UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>     v.<br><br>LOUI ARTIN,<br><br>             Defendant. | Case No. 15-cr-00234-CRB-17   (JSC)<br><br>**ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL OUTSIDE THE UNITED STATES FROM OCTOBER 20, 2015 TO OCTOBER 27, 2015** |

The motion of Defendant Loui Artin to travel to China for business from October 20, 2015 through October 27, 2015 is GRANTED. The travel does not pose a danger to the community as it is undisputed that his business in China is unrelated to the charges in this case and the government does not argue that it otherwise poses a danger. The Court is also satisfied that his travel does not unreasonably increase the risk of Defendant's risk of flight. Mr. Artin is a United States citizen with a wife and minor daughter who are also United States citizens. He has five siblings who all reside in Los Angeles; he has no family outside of Los Angeles. Accordingly, Defendant's motion is GRANTED on the condition that his wife and daughter not travel with him to China and provide their passports (if any) to Pre-Trial Services in Los Angeles prior to Mr. Artin's departure. Upon Mr. Artin's return from China, Pre-Trial Services shall return the passports of Mr. Artin's wife and daughter to them. Mr. Artin shall also provide Pre-Trial Services with a copy of his ticket and itinerary and any other information they require.

**IT IS SO ORDERED.**

Dated: October 16, 2015

*Jacqueline Scott Corley*
_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge
