1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA QUIROZ (CABN 254419)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7019
       FAX: (415) 436-7234
8      Andrew.Dawson@usdoj.gov

9  Attorneys for United States of America

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. 15-CR-234 CRB
14                                     )
       Plaintiff,                      )
15                                     ) STIPULATION AND [PROPOSED] ORDER
     v.                                ) CONTINUING SENTENCING
16                                     )
   LOUI ARTIN,                         )
17                                     )
       Defendant.                      )
18                                     )

19
        The United States of America, through Claudia Quiroz, Assistant United States Attorney, and the
20
   defendant, Loui Artin, through his counsel, hereby stipulate to continue the previously set sentencing
21
   hearing in this matter from June 27, 2018, to September 5, 2018, at 10:00am. The government has
22
   informed defense counsel of the existence of potentially relevant facts concerning defendant Artin, and
23
   the parties agree that a continuance is appropriate so that the parties can fully investigate and consider
24
   the potential relevance of such facts to the defendant's sentencing. A continuance will allow the parties
25
   to more thoroughly argue their positions to the Court.
26
   //
27
   //
28

STIPULATION TO CONTINUE SENTENCING
CASE NO. 15-CR-234 CRB                      1

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: June 19, 2018

_____/s/_____
CLAUDIA QUIROZ
Assistant United States Attorney

Dated: June 19, 2018

_____/s/_____
GEORGE MGDESYAN
Attorney for LOUI ARTIN

**IT IS SO ORDERED.**

DATED: June 21, 2018

_____
HON. CHARLES R. BREYER
United States District Judge

STIPULATION TO CONTINUE SENTENCING
CASE NO. 15-CR-234 CRB           2